■ SALES CO. OF AMERICA, INC., Appellant-Respondent, v. PHILLIPS KNITTING MILLS, INC., et al., Respondents-Appellants, et al., Defendants.— Order entered on April 20, 1961, denying vacatur of the warrant of attachment and directing severance of the first and third causes of action, unanimously modified, on the law and on the facts, to the extent of deleting the second decretal paragraph, and, as so modified, affirmed, without costs. The first and third causes of action are for the recovery of a sum of money only and, being causes of action on which an attachment could issue, do not affect plaintiff's right to a warrant of attachment. (Civ. Prac. Act, § 902; *Amerelay, Inc.*, v. *Directomat, Inc.*, 7 A D 2d 388.) In *Corcoran & Kostelanetz* v. *Dupuy* (6 A D 2d 776), relied on below, the record shows plaintiffs had some reservation as to the sufficiency of their fifth cause of action and its qualification for an attachment; moreover, there plaintiffs alternatively cross-moved for a severance. Settle order on notice. Concur — McNally, J. P., Stevens, Eager, Steuer and Bastow, JJ.

■ (A) THE PEOPLE OF THE STATE OF NEW YORK v. FRED BLUME. (B) THE PEOPLE OF THE STATE OF NEW YORK v. ISMAEL MARTINEZ. (C) THE PEOPLE OF THE STATE OF NEW YORK v. EMMETT HICKS. (D) THE PEOPLE OF THE STATE OF NEW YORK v. WILLIAM COLEMAN. (E) THE PEOPLE OF THE STATE OF NEW YORK v. STEPHEN FARRELL. (F) THE PEOPLE OF THE STATE OF NEW YORK v. ARTHUR HERMAN. (G) THE PEOPLE OF THE STATE OF NEW YORK v. JOHN SIMONETTI. Concur — Breitel, J. P., Rabin, Valente, McNally and Bastow, JJ. (H) THE PEOPLE OF THE STATE OF NEW YORK v. JOHN F. COSTELLO. (I) THE PEOPLE OF THE STATE OF NEW YORK v. ANTHONY J. SOLLA. (J) THE PEOPLE OF THE STATE OF NEW YORK v. WILLIAM CURLEY. (K) THE PEOPLE OF THE STATE OF NEW YORK v. WILL BOWEN. (L) THE PEOPLE OF THE STATE OF NEW YORK v. ALFRED J. FASCHINO. (M) THE PEOPLE OF THE STATE OF NEW YORK v. GEORGE SULLIVAN. Concur — Botein, P. J., Breitel, Rabin, Valente and Steuer, JJ. (N) THE PEOPLE OF THE STATE OF NEW YORK v. LENOX J. EDWARDS. (O) THE PEOPLE OF THE STATE OF NEW YORK v. LAWRENCE OLLIE JOHNSON. (P) THE PEOPLE OF THE STATE OF NEW YORK v. WALTER BANKS. (Q) THE PEOPLE OF THE STATE OF NEW YORK v. DONALD KAHIGAS. (R) THE PEOPLE OF THE STATE OF NEW YORK v. JAMES DE LUISE. Concur — Botein, P. J., Breitel, Stevens, Eager and Bergan, JJ. [In each action] Motion for leave to appeal as a poor person granted to the extent and on the terms and conditions contained in the order filed herein.

■ In the Matter of WILLIAM GOLDSMITH et al., v. ROBERT E. HERMAN, as State Rent Administrator.— Motion for a stay denied, with $10 costs. Concur — McNally, J. P., Stevens, Eager, Steuer and Bastow, JJ.

■ JAMES IRWIN v. ATLANTIC MUTUAL INSURANCE COMPANY.— Motion for a stay granted on condition that the appellant procures the record on appeal and appellant's points to be served and filed on or before August 31, 1961, with notice of argument for September 12, 1961, said appeal to be argued or submitted when reached. The stay contained in the order to show cause, dated June 2, 1961, is continued pending the hearing and determination of the appeal. Concur — McNally, J. P., Stevens, Eager, Steuer and Bastow, JJ.

■ CHARLES JOSEPH et al., v. EDWARD LITKE et al.— Motion for leave to reargue denied, with $10 costs. . Concur — Botein, P. J., Rabin, McNally and Stevens, JJ.